DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ELIE RAPHAEL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-2915

[October 19, 2017]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Geoffrey D. Cohen, Judge; L.T. Case No. 14 13281CF10A.

Elie Raphael, Bonifay, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., WARNER and KLINGENSMITH, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***